**Order entered June 4, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01456-CV

### SLOAN CREEK II, L.L.C., Appellant

### V.

### THE STATE OF TEXAS AND
### NORTH TEXAS TOLLWAY AUTHORITY, Appellees

**On Appeal from the County Court at Law No. 6
Collin County, Texas
Trial Court Cause No. 006-3356-2008**

## ORDER

The Court **GRANTS** appellee the State of Texas's unopposed motion for leave to file post-submission letter brief. We **ORDER** the letter brief tendered with appellee's motion filed as of the date of this order.

/s/ ROBERT M. FILLMORE
   PRESIDING JUSTICE